IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIPS SOLID-STATE LIGHTING
SOLUTIONS, INC.,

       Plaintiff

v.

LIGHTING SCIENCE GROUP
CORPORATION, LED HOLDINGS, LLC,
and LED EFFECTS, INC.

       Defendants.

Civil Action No.:

## COMPLAINT AND JURY DEMAND

1.    Plaintiff, Philips Solid-State Lighting Solutions, Inc. ("Philips"), is a Delaware corporation having a principal place of business at 3 Burlington Woods Drive, Burlington, Massachusetts.

2.    On information and belief, Defendant Lighting Science Group Corporation ("LSGC") is a Delaware corporation having a principal place of business at 2100 McKinney Avenue, Suite 1555, Dallas, Texas.

3.    On information and belief, LED Holdings, LLC ("LED Holdings") is a Delaware limited liability corporation having a principal place of business at 11390 Sunrise Gold Circle, #800, Rancho Cordova, California.

4.    On information and belief, LED Effects, Inc. ("LED Effects") is a Nevada corporation having a principal place of business at 11390 Sunrise Gold Circle, #800, Rancho Cordova, California.

5.   This action arises under the patent laws of the United States, Title 35 of the United States Code.

6.   LSGC, LED Holdings, and/or LED Effects (collectively, "Defendants") have infringed, and are continuing to infringe, Philips' patents identified below by making, using, importing, selling, and/or offering to sell goods within the United States, and/or by contributing to or inducing infringement by others.

### Count I (Patent Infringement)

7.   Philips repeats and realleges the foregoing paragraphs.

8.   Philips is the owner of United States Patent No. 6,788,011 (the "'011 patent"), issued on September 7, 2004, and has the right to sue on the '011 patent. A copy of the '011 patent is attached as Exhibit A.

9.   Defendants have infringed, and are continuing to infringe, the '011 patent by making, importing, selling, offering to sell, and/or using within the United States goods covered by one or more of the claims of the '011 patent.

10.  Defendants have induced and contributed to infringement by others of the '011 patent, by causing or aiding others to make, use, import, sell, and/or offer to sell goods covered by the '011 patent within the United States.

11.  Defendants' infringement of the '011 patent is and has been willful, has caused and will continue to cause Philips to suffer substantial damages, and has caused and will continue to cause Philips to suffer irreparable harm for which there is no adequate remedy at law.

### Count II (Patent Infringement)

12.  Philips repeats and realleges the foregoing paragraphs.

13.     Philips is the owner of United States Patent No. 6,150,774 (the "'774 patent"), issued on November 21, 2000, and has the right to sue on the '774 patent. A copy of the '774 patent is attached as Exhibit B.

14.     Defendants have infringed, and are continuing to infringe, the '774 patent by making, importing, selling, offering to sell, and/or using within the United States goods covered by one or more of the claims of the '774 patent.

15.     Defendants have induced and contributed to infringement by others of the '774 patent, by causing or aiding others to make, import, use, sell, and/or offer to sell goods covered by the '774 patent within the United States.

16.     Defendants' infringement of the '774 patent is and has been willful, has caused and will continue to cause Philips to suffer substantial damages, and has caused and will continue to cause Philips to suffer irreparable harm for which there is no adequate remedy at law.

## Count III (Patent Infringement)

17.     Philips repeats and realleges the foregoing paragraphs.

18.     Philips is the owner of United States Patent No. 6,806,659 (the "'659 patent"), issued on October 19, 2004, and has the right to sue on the '659 patent. A copy of the '659 patent is attached as Exhibit C.

19.     Defendants have infringed, and are continuing infringe, the '659 patent by making, importing, selling, offering to sell, and/or using within the United States goods covered by one or more of the claims of the '659 patent.

20.     Defendants have induced and contributed to infringement by others of the '659 patent, by causing or aiding others to make, import, use, sell, and/or offer to sell goods covered by the '659 patent within the United States.

21. Defendants' infringement of the '659 patent is and has been willful, has caused and will continue to cause Philips to suffer substantial damages, and has caused and will continue to cause Philips to suffer irreparable harm for which there is no adequate remedy at law.

### Count IV (Patent Infringement)

22. Philips repeats and realleges the foregoing paragraphs.

23. Philips is the owner of United States Patent No. 6,016,038 (the "'038 patent"), issued on January 18, 2000, and has the right to sue on the '038 patent. A copy of the '038 patent is attached as Exhibit D.

24. Defendants have infringed, and are continuing infringe, the '038 patent by making, importing, selling, offering to sell, and/or using within the United States goods covered by one or more of the claims of the '038 patent.

25. Defendants have induced and contributed to infringement by others of the '038 patent, by causing or aiding others to make, import, use, sell, and/or offer to sell goods covered by the '038 patent within the United States.

26. Defendants' infringement of the '038 patent is and has been willful, has caused and will continue to cause Philips to suffer substantial damages, and has caused and will continue to cause Philips to suffer irreparable harm for which there is no adequate remedy at law.

### Count V (Patent Infringement)

27. Philips repeats and realleges the foregoing paragraphs.

28. Philips is the owner of United States Patent No. 7,221,104 (the "'104 patent"), issued May 22, 2007, and has the right to sue on the '104 patent. A copy of the '104 patent is attached as Exhibit E.

29. Defendants have infringed, and are continuing to infringe, the '038 patent by

making, importing, selling, offering to sell, and/or using within the United States goods covered by one or more of the claims of the '104 patent.

30. Defendants have induced and contributed to infringement by others of the '104 patent, by causing or aiding others to make, import, use, sell, and/or offer to sell goods covered by the '104 patent within the United States.

31. Defendants' infringement of the '104 patent is and has been willful, has caused and will continue to cause Philips to suffer substantial damages, and has caused and will continue to cause Philips to suffer irreparable harm for which there is no adequate remedy at law.

WHEREFORE, Philips requests that this Court:

1. Enter a preliminary and permanent injunction enjoining Lighting Science Group Corporation, LED Holdings, LLC, LED Effects, Inc. and their affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from further infringement of any and all of the '011, '774, '659, '038, and '104 patents;

2. award Philips compensatory damages, costs, and interest for patent infringement;

3. award Philips treble damages for the willful infringement of the '011, '774, '659, '038, and '104 patents;

4. award Philips its reasonable attorneys' fees under 35 U.S.C. § 285; and

5. award Philips such other relief as the Court deems just and proper.

- 6 -

## **JURY DEMAND**

Philips demands a trial by jury on all issues so triable.

                Respectfully submitted,

                PHILIPS SOLID-STATE LIGHTING
                SOLUTIONS, INC.

February 19, 2007        by:    /Aaron W. Moore/
                Matthew B. Lowrie, BBO No. 563,414
                mlowrie@LL-A.com
                Aaron W. Moore, BBO No. 638,076
                amoore@LL-A.com
                LOWRIE, LANDO & ANASTASI, LLP
                Riverfront Office Park
                One Main Street - 11th Floor
                Cambridge, MA 02142
                Tel: 617-395-7000
                Fax: 617-395-7070